## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| PAULETTE CURTIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:15-cv-01018 |
| ) | |
| FINANCIAL RECOVERY SERVICES, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S NOTICE TO PLAINTIFF
### OF FILING NOTICE OF REMOVAL

TO:  Richard A. Voytas
     Alexander J. Cornwell
     Voytas & Company
     1 North Taylor Avenue
     St. Louis, MO 63108
     Attorneys for Plaintiff

PLEASE TAKE NOTICE that Defendant FINANCIAL RECOVERY SERVICES, INC. has this day filed in the United States District Court for the Eastern District of Missouri, a Notice of Removal of this action, a true and accurate copy of which Notice is served herewith.

DATED this 30th day of June, 2015.

Respectfully submitted,

SPENCER FANE BRITT & BROWNE LLP

By: /s/ Joshua C. Dickinson
    Joshua C. Dickinson, #51446MO
    12925 West Dodge Road, Suite 107
    Omaha, NE 68154
    (402) 965-8600 (telephone)
    (402) 965-8601 (facsimile)
    jdickinson@spencerfane.com

OM 355208.1

>Patrick T. McLaughlin, #48633MO
>1 North Brentwood Blvd., Suite 1000
>St. Louis, MO 63105
>(314) 863-7733 (telephone)
>(314) 862-4656 (facsimile)
>pmclaughlin@spencerfane.com
>
>and
>
>James R. Bedell, #0351544MN
>MOSS & BARNETT, P.A.
>1500 South Fifth Street, Suite 1200
>Minneapolis, MN 55402
>(612) 877-5310 (telephone)
>(612) 877-5012 (facsimile)
>jim.bedell@lawmoss.com
>
>*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed electronically with the United States District Court for the Eastern District of Missouri, Eastern Division, this 30th day of June, 2015, with a true copy mailed, first class postage prepaid, to:

Richard A. Voytas
Alexander J. Cornwell
Voytas & Company
1 North Taylor Avenue
St. Louis, MO 63108

*Attorneys for Plaintiff*

/s/ Joshua C. Dickinson

OM 355208.1